# Hollis *v.* The State.

### Crime.

(Decided January 9, 1917.  73 South. 758.)

    **Appeal and Error; Review; Motion to Set Aside Verdict.**—In the absence of a bill of exception the appellate courts cannot review the action of the trial court in refusing a motion to set aside a verdict on account of surprise as to the testimony of certain witnesses introduced on behalf of the state.

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

Ellis Hollis, alias, etc., was convicted of crime and he appeals.  Affirmed.

C. D. COMSTOCK, for appellant.  W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The motion shown in transcript to set aside the verdict of conviction on account of surprise as to the testimony of certain witnesses introduced in behalf of the state on the trial cannot be reviewed, in the absence of a bill of exceptions.  The record proper shows proceedings regular in all things; and no error appearing, the judgment of conviction will be affirmed.

Affirmed.